971 A.2d 489

**Allen GINN, Appellant**

v.

**DEPARTMENT OF CORRECTIONS, Appellee.**

Supreme Court of Pennsylvania.

May 1, 2009.

## *ORDER*

PER CURIAM.

**AND NOW,** this 1st day of May, 2009, the Order of the Commonwealth Court is hereby **AFFIRMED.**

971 A.2d 490

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Robert MORRIS, Sr., Petitioner.**

Supreme Court of Pennsylvania.

May 1, 2009.

## *ORDER*

PER CURIAM.

**AND NOW,** this 1st day of May, 2009, the Petition for Allowance of Appeal is placed on hold pending resolution of *Commonwealth v. Haag,* 69 MAP 2008.